JERRY FULTON et al., Respondents, v NORTHLAND ASSOCIATES, INC., Appellant. [670 NYS2d 143] —Order unanimously reversed on the law without costs and motion denied. Memorandum: Jerry Fulton (plaintiff) was injured while performing masonry work on a construction project at Fort Drum in Watertown. As plaintiff was alighting from a scaffold to the ground, he tripped when he placed his foot on a broken cinder block, which was on the ground. As a result, plaintiff fell and injured his back. Supreme Court erred in granting plaintiffs' motion for partial summary judgment on liability on the Labor Law § 240 (1) cause of action. Plaintiff's injury was not the result of an elevation-related risk covered by Labor Law § 240 (1) but, rather, was the result of the usual and ordinary dangers at a construction site (*see, Kvandal v Westminster Presbyt. Socy.*, 238 AD2d 889; *White v Farash Corp.*, 224 AD2d 978, 979; *see also, Misseritti v Mark IV Constr. Co.*, 86 NY2d 487, 491, *rearg denied* 87 NY2d 969; *Gordon v Eastern Ry. Supply*, 82 NY2d 555, 561). The court's reliance on *Sherman v Piotrowski Bldrs.* (229 AD2d 959) is misplaced. In that case, plaintiff jumped from the roof of a two-story house to a garage roof because there was no ladder, and his injuries were gravity-related. (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Callahan, Balio and Boehm, JJ.